COPY

| AO-10 (w) Rev. 8/95 | FINANCIAL DISCLOSURE REPORT Nomination Report | Report Required by the Ethics Reform Act of 1989, Pub L. No. 101-194, November 30, 1989 (5 U.S.C. App. 4, Sec. 101-112) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pooler, Rosemary S. | USDC-Northern District of NY | 11/10/1997 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) • U.S. Cir. Ct. Judge Nominee | 5. Report Type (check type) X Nomination, Date 11/06/1997 __ Initial __ Annual __ Final | 6. Reporting Period 01/01/1996 to 11/06/1997 |
|---|---|---|

| 7. Chambers or Office Address P.O. Box 7395 100 South Clinton Street Syracuse, New York 13261-7395 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ |
|---|---|

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.

**I. POSITIONS** (Reporting individual only; see pp. 9-13 of Instructions)

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Member, Board of Directors | Loretto |
| 2 Member, Board of Trustees | YWCA |
| 3 | |

**II. AGREEMENTS** (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 1 | Member-New York State Employees Retirement System |
| 2 | |
| 3 | |

**III. NON-INVESTMENT INCOME** (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | PARTIES AND TERMS | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 1995 | NYS Employees Retirement System-pension | $ 30,600.00 |
| 2 1995 | NYS Deferred Compensation Savings Plan | $ 5,522.64 |
| 3 11/97 | Syracuse University salary (S) | |
| 4 11/97 | NYS Employees Retirement Sys.-pension($30,600/yr) | $ 58,650.00 |
| 5 11/97 | NYS Deferred Compensation Savings Plan | $ 12,990.77 |

ATTACHMENT II-1

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Pooler, Rosemary S. | Date of Report<br>11/10/1997 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS - transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements or gifts) | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. OTHER GIFTS

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts) | | |
| 1 | Exempt | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities) | | |
| 1 | Fulton Savings Bank (J) | Mortgage, Syracuse, NY Property #1 | J |
| 2 | Fulton Savings Bank (J) | Mortgage, Syracuse, NY Property #2 | J |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |

* VAL CODES: J = $15,000 or less   K = $15,001-$50,000   L = $50,001 to $100,000   M = $100,001-$250,000   N = $250,001-$500,000
O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = $50,000,001 or more

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Pooler, Rosemary S. | Date of Report<br>11/10/1997 |
|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS

*— income, value, transactions (includes those of spouse and dependent children. See pp. 37-54 of instructions.)*

| A.<br>Description of Assets<br><br>*indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>dividend,<br>rent or<br>interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemp-<br>tion) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE (no reportable income, assets, or transactions) | | | | | | | | | |
| 1 Lakeview Rd., Westport, NY - land and trailer (S) | A | Rent | J | W | Exempt | | | | |
| 2 317 W. Fayette Partnership | A | Rent | J | T | | | | | |
| 3 Onondaga County, Syracuse, NY (S) | A | Rent | L | W | Exempt | | | | |
| 4 Onondaga County, Syracuse, NY (S) | C | Rent | L | W | Exempt | | | | |
| 5 Onondaga County, Syracuse, NY (S) | B | Rent | L | W | Exempt | | | | |
| 6 Onondaga County, Syracuse, NY (S) | D | Rent | L | W | Exempt | | | | |
| 7 Onondaga County, Syracuse, NY (S) | C | Rent | L | W | Exempt | | | | |
| 8 IRA (Freedom Funds) - Tucker, Anthony | A | Interest | K | T | | | | | |
| 9 TIAA/CREF Retirement (S) | B | Interest | O | T | | | | | |
| 10 Strong Short Term Bond Fund (J) | B | Interest | N | T | | | | | |
| 11 Fidelity Growth Opportunity Fund | A | None | J | T | | | | | |
| 12 T. Rowe Price - Mid-cap Growth Fund (J) | A | None | J | T | Exempt | | | | |
| 13 T. Rowe Price-NY Tax Free Fund | D | Interest | L | T | Exempt | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1 Inc/Gain Codes: | A-$1,000 or less | B-$1,001-$2,500 | C-$2,501-$5,000 | D-$5,001-$15,000 | E-$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F-$50,001-$100,000 | G-$100,001-$1,000,000 | H1-$1,000,001-$5,000,000 | H2-$5,000,001 or more | |
| 2 Val Codes: | J-$15,000 or less | K-$15,001-$50,000 | L-$50,001-$100,000 | M-$100,001-$250,000 | N-$250,001-$500,000 |
| (Col. C1, D3) | O-$500,001-$1,000,000 | P1-$1,000,001-$5,000,000 | P2-$5,000,001-$25,000,000 | P3-$25,000,001-$50,000,000 | P4-$50,000,001 or more |
| 3 Val Mth Codes: | Q-Appraisal | R-Cost (real estate only) | S-Assessment | T-Cash/Market | |
| (Col. C2) | U-Book Value | V-Other | W-Estimated | | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Pooler, Rosemary S. | Date of Report<br>11/10/1997 |
| --- | --- | --- |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** (Indicate part of report.)

☒ **NONE** (No additional information or explanations.)

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Pooler, Rosemary S. | Date of Report<br>11/10/1997 |
|---|---|---|

## IX. CERTIFICATION

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _Rosemary S. Pooler_     Date _11-10-97_

Note:     Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

## FINANCIAL STATEMENT

### NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 9 | 770 | Notes payable to banks—secured | | |
| U.S. Government securities—add schedule | | | Notes payable to banks—unsecured | | |
| Listed securities—add schedule ("A") | 182 | 349 | Notes payable to relatives | | |
| Unlisted securities—add schedule ("B") | 5 | 000 | Notes payable to others | | |
| Accounts and notes receivable: | | | Accounts and bills due | 2 | 795 |
| Due from relatives and friends | | | Unpaid income tax | | |
| Due from others | | | Other unpaid tax and interest | | |
| Doubtful | | | Real estate mortgages payable—add schedule ("C") | 158 | 813 |
| Real estate owned—add schedule ("C") | 495 | 000 | Chattel mortgages and other liens payable | | |
| Real estate mortgages receivable | 10 | 660 | Other debts—itemize | | |
| Autos and other personal property | 65 | 000 | | | |
| Cash value—life insurance | | | | | |
| Other assets—itemize: (Schedule "D") | 630 | 083 | | | |
| | | | | | |
| | | | | | |
| | | | Total liabilities | 161 | 608 |
| | | | Net Worth | 1,236 | 254 |
| Total Assets | 1,397 | 862 | Total liabilities and net worth | 1,397 | 862 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | |
| As endorser, co-maker or guarantor (Schedule "E") | 13 | 131 | Are any assets pledged? (Add schedule.) | NO | |
| On leases or contracts | | | Are you defendant in any suits or legal actions?* | NO | |
| Legal Claims | | | Have you ever taken bankruptcy? | NO | |
| Provision for Federal Income Tax | | | | | |
| Other special debt | | | | | |

*None affecting net worth suits pending relate to official capacity matters only

Digitized by Google